## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cherie N. Smith      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 26-12992 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 and index same on the master mailing list.

      Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
21 Jul 2026, 09:39:02, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322

Document ID: b08da4adc16b9c6525b810db3017eae9ce44f126707d5ab2a88a5bd6f7ae42cf