**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:      CHERIE SMITH**           :       **Chapter 13**

                                       :

                                       :

**Debtor**                             : **Bankruptcy No. 26-12992**

**O R D E R**

        AND NOW, this  3rd      day of August         ,
2026 upon consideration of the debtor's motion for an extension
of time, it is HEREBY ORDERED that said motion is GRANTED.  The
debtor shall have an additional fourteen(14) days to comply
with the Court's Order and shall file all required documents on
or before August 10, 2026.

                              BY THE COURT:

                              _Patricia M. Mayer_

                              _____
                              THE HONORABLE PATRICIA M. MAYER