United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 26-12992-pmm

Cherie N. Smith                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

**Recip ID              Recipient Name and Address**
db              + Cherie N. Smith, 1605 W. 7th Street, Chester, PA 19013-3061

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Cherie N. Smith Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     CHERIE SMITH           :      Chapter 13
                                  :
                                  :
           Debtor                 : Bankruptcy No. 26-12992

**O R D E R**

AND NOW, this  3rd      day of August          ,
2026 upon consideration of the debtor's motion for an extension
of time, it is HEREBY ORDERED that said motion is GRANTED.  The
debtor shall have an additional fourteen(14) days to comply
with the Court's Order and shall file all required documents on
or before August 10, 2026.

BY THE COURT:

_____
THE HONORABLE PATRICIA M. MAYER