**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     CHERIE SMITH          : Bankruptcy No. 26-12992
                                 :
                                 :
           DEBTOR                :     Chapter 13

## <u>CERTIFICATION OF SERVICE</u>

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 8/7/26          /Zachary Perlick/
                      Zachary Perlick, Esquire
                      1420 Walnut Street, Suite 718
                      Philadelphia, PA  19102
                      (215) 569-2922
                      zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
msoboleski@kmllawgroup.com
Creditor

Via: X CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

Cherie N. Smith
1605 W. 7th Street
Chester, PA 19013
Debtor

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors on the attached list

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

**American Credit Acceptance**
961 East Main Street
Spartanburg, SC 29302

(15164910)
(cr)

**Auto Trakk**
1500 Sycamore Road #200
Montoursville, PA 17754

(15173273)
(cr)

**Bridgecrest Acceptance Corporation**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(15166231)
(ntcapr)

**Bridgecrest Acceptance Corporation c/o AIS Portfol**
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(15167218)
(cr)

**Bridgecrest Credit Co.**
POB 29018
Phoenix, AZ 85038

(15173274)
(cr)

**Capital One Auto Finance**
POB 60511
City of Industry, CA 91716-0511

(15173275)
(cr)

**Capital One Auto Finance, a division of**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(15166232)
(ntcapr)

**Chester Water Authority**
POB 71346
Philadelphia, PA 19176

(15164914)
(cr)

**City of Philadelphia**
Law Department, Enforecment Div.
1515 Arch Street, 15th Fl.
Philadelphia, PA 19102-1508

(15173277)
(cr)

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15173278)
(cr)

**Select Portfolio Servicing**
PO Box 65450
Salt Lake City, UT 84165-0450

(15173279)
(cr)

**Verizon**
by American Infosource LP                    (15173280)
4515 N. Santa Fe Ave.                         (cr)
Oklahoma City, OK 73118