**Earnings Statement**

**County of Delaware**
201 W. Front Street
Media, PA, 19063

Pay Date.... 05/29/2026
Pay Period.. 05/10/2026 -05/23/2026
Pers.No..... 00121714
Check/Advice #: 0012171400126001

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 1,597.59 | 2,043.62 | 219.18 | 226.85 |
| Time Earned Remaining: | Vacation 61.53- | Sick 46.15- | Comp Hrs 0.00 |

Dept/Location 22314/P02
Smith Cherie
167 Hardrock Drive
Smyrna DE 19977

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| EARNINGS | | | | | |
| Regular | 26.66 | 56.38 | 1,503.09 | | 17,543.00 |
| Overtime | 39.99 | 2.85 | 113.97 | | 5,353.07 |
| HolidayWorkd(Prison Only) | | | | | 942.52 |
| Vacation | 26.66 | 16.00 | 426.56 | | 3,625.76 |
| Sick | | | | | 2,132.80 |
| Excused | | | | | 421.36 |
| *** Total Gross Pay | | | 2,043.62 | | 30,018.51 |
| EMPLOYEE TAX DEDUCTIONS | | | | | |
| Federal -TX EE Social Security Ta | | | 124.01 | | 1,831.55 |
| Federal -TX EE Medicare Tax | | | 29.00 | | 428.35 |
| Pennsylvan-TX Withholding Tax | | | 62.74 | | 912.17 |
| Pennsylvan-TX EE Unemployment Tax | | | 1.43 | | 21.00 |
| Chester -TX Withholding Tax | | | | | 727.32 |
| Concord To-TX Local Services Tax | | | 2.00 | | 22.00 |
| *** Total Employee Taxes | | | 219.18 | | 3,942.39 |
| OTHER DEDUCTIONS | | | | | |
| VSP Vision | | | 1.09 | | 11.99 |
| Aetna Dental PPO High | | | 11.50 | | 126.50 |
| Pn Fd Non-Elec | | | 143.05 | | 2,101.31 |
| Independence PPO | | | 31.21 | | 343.31 |
| Prison Dues | | | 40.00 | | 300.00 |
| *** Total Other Deductions | | | 226.85 | | 2,883.11 |

Advice number 0012171400126001
Pay date 05/29/2026

Deposited to the account of **Smith Cherie**

This amount ***ONE THOUSAND FIVE HUNDRED NINETY-SEVEN USD and 59/100 *** $ 1,597.59

**Earnings Statement**

**County of Delaware**
201 W. Front Street
Media, PA, 19063

Pay Date:.... 06/12/2026
Pay Period.. 05/24/2026 -06/06/2026
Pers.No..... 00121714
Check/Advice #: 0012171400127001

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 1,751.77 | 2,231.17 | 239.42 | 239.98 |
| Time Earned Remaining: | Vacation 54.76- | Sick 43.07- | Comp Hrs 0.00 |

Dept/Location 22314/P02
Smith Cherie
167 Hardrock Drive
Smyrna DE 19977

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| EARNINGS | | | | | |
| Regular | 26.66 | 61.55 | 1,640.92 | | 19,183.92 |
| Overtime | 39.99 | 6.91 | 276.33 | | 5,629.40 |
| HolidayWorkd(Prison Only) | 39.99 | 7.85 | 313.92 | | 1,256.44 |
| Vacation | | | | | 3,625.76 |
| Sick | | | | | 2,132.80 |
| Excused | | | | | 421.36 |
| *** Total Gross Pay | | | 2,231.17 | | 32,249.68 |
| EMPLOYEE TAX DEDUCTIONS | | | | | |
| Federal -TX EE Social Security Ta | | | 135.64 | | 1,967.19 |
| Federal -TX EE Medicare Tax | | | 31.72 | | 460.07 |
| Pennsylvan-TX Withholding Tax | | | 68.50 | | 980.67 |
| Pennsylvan-TX EE Unemployment Tax | | | 1.56 | | 22.56 |
| Chester -TX Withholding Tax | | | | | 727.32 |
| Concord To-TX Local Services Tax | | | 2.00 | | 24.00 |
| *** Total Employee Taxes | | | 239.42 | | 4,181.81 |
| OTHER DEDUCTIONS | | | | | |
| VSP Vision | | | 1.09 | | 13.08 |
| Aetna Dental PPO High | | | 11.50 | | 138.00 |
| Pn Fd Non-Elec | | | 156.18 | | 2,257.49 |
| Independence PPO | | | 31.21 | | 374.52 |
| Prison Dues | | | 40.00 | | 340.00 |
| *** Total Other Deductions | | | 239.98 | | 3,123.09 |

Advice number 0012171400127001
Pay date 06/12/2026

Deposited to the account of **Smith Cherie**

This amount ***ONE THOUSAND SEVEN HUNDRED FIFTY-ONE USD and 77/100 *** $ 1,751.77

**Earnings Statement**

**County of Delaware**
201 W. Front Street
Media, PA, 19063

Pay Date.... 06/26/2026
Pay Period.. 06/07/2026 -06/20/2026
Pers.No..... 00121714
Check/Advice #: 0012171400130001

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 3,326.74 | 4,146.96 | 446.13 | 374.09 |
| **Time Earned Remaining:** | **Vacation** | **Sick** | **Comp Hrs** |
| | 63.99- | 39.99- | 0.00 |

Dept/Location 22314/P02
Smith Cherie
167 Hardrock Drive
Smyrna DE 19977

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| EARNINGS | | | | | |
| Regular | 26.66 | 80.00 | 2,132.80 | | 21,316.72 |
| Overtime | 39.99 | 23.98 | 958.96 | | 6,588.36 |
| HolidayWorkd(Prison Only) | 39.99 | 15.72 | 628.64 | | 1,885.08 |
| Vacation | | | | 426.56 | 4,052.32 |
| Sick | | | | | 2,132.80 |
| Excused | | | | | 421.36 |
| *** Total Gross Pay | | | 3,720.40 | 426.56 | 36,396.64 |
| EMPLOYEE TAX DEDUCTIONS | | | | | |
| Federal -TX EE Social Security Ta | | | 254.42 | | 2,221.61 |
| Federal -TX EE Medicare Tax | | | 59.50 | | 519.57 |
| Pennsylvan-TX Withholding Tax | | | 127.31 | | 1,107.98 |
| Pennsylvan-TX EE Unemployment Tax | | | 2.90 | | 25.46 |
| Chester -TX Withholding Tax | | | | | 727.32 |
| Concord To-TX Local Services Tax | | | 2.00 | | 26.00 |
| *** Total Employee Taxes | | | 446.13 | | 4,627.94 |
| OTHER DEDUCTIONS | | | | | |
| VSP Vision | | | 1.09 | | 14.17 |
| Aetna Dental PPO High | | | 11.50 | | 149.50 |
| Pn Fd Non-Elec | | | 290.29 | | 2,547.78 |
| Independence PPO | | | 31.21 | | 405.73 |
| Prison Dues | | | 40.00 | | 380.00 |
| *** Total Other Deductions | | | 374.09 | | 3,497.18 |

Advice number 0012171400130001
Pay date 06/26/2026

Deposited to the account of **Smith Cherie**

This amount ***THREE THOUSAND THREE HUNDRED TWENTY-SIX USD and 74/100 *** $ 3,326.74

**Earnings Statement**

County of Delaware
201 W. Front Street
Media, PA, 19063

Pay Date.... 07/10/2026
Pay Period.. 06/21/2026 -07/04/2026
Pers.No..... 00121714
Check/Advice #: 0012171400131001

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 2,047.99 | 2,591.49 | 278.30 | 265.20 |
| Time Earned Remaining: | Vacation 65.23- | Sick 36.92- | Comp Hrs 0.00 |

Dept/Location 22314/P02
Smith Cherie
167 Hardrock Drive
Smyrna DE 19977

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| EARNINGS | | | | | |
| Regular | 26.66 | 72.50 | 1,932.85 | | 23,249.57 |
| Overtime | 39.99 | 16.47 | 658.64 | | 7,247.00 |
| HolidayWorkd(Prison Only) | | | | | 1,885.08 |
| Vacation | | | | | 4,052.32 |
| Sick | | | | | 2,132.80 |
| Excused | | | | | 421.36 |
| *** Total Gross Pay | | | 2,591.49 | | 38,988.13 |
| EMPLOYEE TAX DEDUCTIONS | | | | | |
| Federal -TX EE Social Security Ta | | | 157.98 | | 2,379.59 |
| Federal -TX EE Medicare Tax | | | 36.95 | | 556.52 |
| Pennsylvan-TX Withholding Tax | | | 79.56 | | 1,187.54 |
| Pennsylvan-TX EE Unemployment Tax | | | 1.81 | | 27.27 |
| Chester -TX Withholding Tax | | | | | 727.32 |
| Concord To-TX Local Services Tax | | | 2.00 | | 28.00 |
| *** Total Employee Taxes | | | 278.30 | | 4,906.24 |
| OTHER DEDUCTIONS | | | | | |
| VSP Vision | | | 1.09 | | 15.26 |
| Aetna Dental PPO High | | | 11.50 | | 161.00 |
| Pn Fd Non-Elec | | | 181.40 | | 2,729.18 |
| Independence PPO | | | 31.21 | | 436.94 |
| Prison Dues | | | 40.00 | | 420.00 |
| *** Total Other Deductions | | | 265.20 | | 3,762.38 |

Advice number 0012171400131001
Pay date 07/10/2026

Deposited to the account of **Smith Cherie**

This amount ***TWO THOUSAND FORTY-SEVEN USD and 99/100 *** $ 2,047.99

**Earnings Statement**

County of Delaware
201 W. Front Street
Media, PA, 19063

Pay Date.... 07/24/2026
Pay Period.. 07/05/2026 -07/18/2026
Pers.No..... 00121714
Check/Advice #: 0012171400136001

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 1,530.29 | 1,961.78 | 210.36 | 221.13 |
| Time Earned Remaining: | Vacation 0.00 | Sick 0.00 | Comp Hrs 0.00 |

Dept/Location 22314/P02
Smith Cherie
167 Hardrock Drive
Smyrna DE 19977

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| EARNINGS | | | | | |
| Regular | 26.66 | 67.20 | 1,791.55 | 55.45- | 24,985.67 |
| Overtime | 39.99 | 0.31 | 12.40 | | 7,259.40 |
| HolidayWorkd(Prison Only) | | | | | 1,885.08 |
| Vacation | | | | 213.28 | 4,265.60 |
| Sick | | | | | 2,132.80 |
| Excused | | | | | 421.36 |
| *** Total Gross Pay | | | 1,803.95 | 157.83 | 40,949.91 |
| EMPLOYEE TAX DEDUCTIONS | | | | | |
| Federal -TX EE Social Security Ta | | | 118.94 | | 2,498.53 |
| Federal -TX EE Medicare Tax | | | 27.82 | | 584.34 |
| Pennsylvan-TX Withholding Tax | | | 60.23 | | 1,247.77 |
| Pennsylvan-TX EE Unemployment Tax | | | 1.37 | | 28.64 |
| Chester -TX Withholding Tax | | | | | 727.32 |
| Concord To-TX Local Services Tax | | | 2.00 | | 30.00 |
| *** Total Employee Taxes | | | 210.36 | | 5,116.60 |
| OTHER DEDUCTIONS | | | | | |
| VSP Vision | | | 1.09 | | 16.35 |
| Aetna Dental PPO High | | | 11.50 | | 172.50 |
| Pn Fd Non-Elec | | | 137.33 | | 2,866.51 |
| Independence PPO | | | 31.21 | | 468.15 |
| Prison Dues | | | 40.00 | | 460.00 |
| *** Total Other Deductions | | | 221.13 | | 3,983.51 |

Advice number 0012171400136001
Pay date 07/24/2026

Deposited to the account of **Smith Cherie**

This amount ***ONE THOUSAND FIVE HUNDRED THIRTY USD and 29/100 *** $ 1,530.29