**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | CHERIE SMITH | : CHAPTER 13 |
| | | : |
| | | : |
| | DEBTOR | : BANKRUPTCY NO. 26-12992 |

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to November 6 2026 at 12:30 P.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 9/9/26

BY: /Zachary Perlick/_
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
(215) 569-2922

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
msoboleski@kmllawgroup.com
Creditor

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ____1st Class Mail __Certified Mail ______e-mail:_____ Other:

Cherie N. Smith
1605 W. 7th Street
Chester, PA 19013
Debtor

Via: ___CM/ECF X 1st Class Mail __Certified Mail ______e-mail:_____ Other:

All creditors on the attached list

Via: ___CM/ECF X 1st Class Mail __Certified Mail ______e-mail:_____ Other:

| | |
|---|---|
| **American Credit Acceptance**<br>961 East Main Street<br>Spartanburg, SC 29302 | (15173272)<br>(cr) |
| **Auto Trakk**<br>1500 Sycamore Road #200<br>Montoursville, PA 17754 | (15164911)<br>(cr) |
| **Bridgecrest Acceptance Corporation**<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | (15166231)<br>(ntcapr) |
| **Bridgecrest Acceptance Corporation c/o AIS Portfol**<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | (15167218)<br>(cr) |
| **Bridgecrest Credit Co.**<br>POB 29018<br>Phoenix, AZ 85038 | (15173274)<br>(cr) |
| **Capital One Auto Finance**<br>POB 60511<br>City of Industry, CA 91716-0511 | (15164913)<br>(cr) |
| **Capital One Auto Finance, a division of**<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | (15166232)<br>(ntcapr) |
| **Chester Water Authority**<br>POB 71346<br>Philadelphia, PA 19176 | (15164914)<br>(cr) |
| **City of Philadelphia**<br>Law Department, Enforecment Div.<br>1515 Arch Street, 15th Fl.<br>Philadelphia, PA 19102-1508 | (15164915)<br>(cr) |
| **LVNV Funding, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (15173278)<br>(cr) |
| **Select Portfolio Servicing**<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | (15164917)<br>(cr) |

| | |
|---|---|
| **Verizon** | |
| by American Infosource LP | (15173280) |
| 4515 N. Santa Fe Ave. | (cr) |
| Oklahoma City, OK 73118 | |
| **Wilmington Trust, National Association, as trustee** | |
| C/O Maggie Soboleski, Esq | (15166713) |
| 701 Market Street Suite 5000 | (ntcapr) |
| Philadelphia, PA. 19106 | |